IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>P. LELIS, et al.,<br><br>  Defendants. | No. 2:20-CV-0885-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion for default judgment (ECF No. 15). Plaintiff requests that the Court enter judgment in his favor because the defendants has failed to answer his complaint. The Court cannot enter a default judgment before there has been filed an entry of default. Therefore, the Court construes plaintiff's motion as a request for entry of default. The Court notes that defendants have submitted a waiver of personal service pursuant to Federal Rule of Civil Procedure 4(d). See ECF No. 14. Accordingly, defendants have until September 28, 2020, to file either an answer or responsive motion to plaintiff's complaint.

Pending such steps, plaintiff's request for entry of default is premature and is

///

///

///

1

hereby denied, without prejudice to renewal of the motion in the absence of a timely responsive pleading.

    IT IS SO ORDERED.

Dated: September 3, 2020

                 _____
                 DENNIS M. COTA
                 UNITED STATES MAGISTRATE JUDGE