# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BROWN, | No. 2:20-CV-0885-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| P. LELIS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's filing entitled "Objections to Magistrates Judges [sic] Findings and Recommendations," ECF No. 37, submitted in response to the Court's January 24, 2022, findings and recommendations, ECF No. 36. The Court construes Plaintiff's filing as a motion for a 45-day extension of time to file objections to the Court's January 24, 2022, findings and recommendations, ECF No. 36. Good cause appearing therefore based on Plaintiff's declaration regarding modified programming and lack of access to the prison law

///
///
///
///
///

1

library, Plaintiff's motion is granted.  Plaintiff may file objections within 45 days of the date of this order.

        IT IS SO ORDERED.

Dated:  March 3, 2022

                              DENNIS M. COTA
                              UNITED STATES MAGISTRATE JUDGE