IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>P. LELIS, et al.,<br><br>    Defendants. | No.  2:20-CV-0885-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action under 42 U.S.C. § 1983.  Pending before the Court in this closed case is Plaintiff's motion, ECF No. 42, for an extension of time to file objections to the Court's findings and recommendations.  Plaintiff's motion is denied as moot and untimely because the objection period has expired, and the District Judge has adopted the findings and recommendations.  This matter remains closed.

IT IS SO ORDERED.

Dated:  November 29, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1